

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2015

No. 04-14-00899-CV

Laura Leticia Zepeda **VASQUEZ**, Individually and on behalf of the Estate of Jose Abraham Vasquez,Jr.,
Appellant

v.

**LEGEND NATURAL GAS III, LP**; Legend Natural Gas, LLC; Lewis Energy Group, LP; and Lewis Petro Properties, Inc,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 14-07-00119-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by February 19, 2015. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court